IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CRAIG MATOSICH,<br><br>  Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC., ET Al,<br><br>  Defendants. | CV 19-16-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office.

Accordingly, I ask that this case be reassigned.

DATED this 8th day of August, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge