**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

JUN 10 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CRAIG MATOSICH, | CV 19–16–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WRIGHT MEDICAL GROUP, INC.; WRIGHT MEDICAL TECHNOLOGY, INC.; and DOES 1–10, | |
| Defendants. | |

Before Court is Defendant Wright Medical Techology, Inc.'s Motion to Exceed Word Limit. (Doc. 93.)  The motion is unopposed, but the Court is unconvinced that the requested relief is necessary and will, as Wright represents, streamline trial proceedings.  The Court finds that an overlong brief will hinder, rather than advance, "the just, speedy, and inexpensive determination" of this matter.  Fed. R. Civ. P. 1.

Plaintiff Craig Matosich has filed his motions in limine, and he was able to fully brief his arguments without exceeding the word limit.  The Court has faith in Wright's ability to do the same.  Evidentiary issues are generally straightforward, and their resolution rests within a trial court's discretion.  Moreover, this Court reserves ruling on many evidentiary issues, as they frequently cannot be decided without additional context.

1

What is more, Wright has already filed a motion to exclude portions of Matosich's expert's testimony, as well as a motion to strike portions of Matosich's expert disclosure.  (Docs. 58 & 72.)  The Court sees no benefit in encouraging multiplicitous filings or overlong briefs.

Accordingly, IT IS ORDERED that the motion (Doc. 93) is DENIED.

DATED this 10ᵗʰ day of June, 2020.

Dana L. Christensen, District Judge
United States District Court